**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   7 |
| Mark Bauberger | : | |
| | : | |
| Debtor | : | Bankruptcy No.  17-12460 |

**ORDER**

AND NOW, this      day of                        , 20        , it is

ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated  April 6, 2017 and this case is hereby DISMISSED.

**Date: April 25, 2017**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:
Certificate of Credit counseling
Matrix
Schedule AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 7 Statement of  Your Current Monthly Income Form 122A-1
Means Test Calculation Form 122A-2